EMILY K. MCCLURE
KY Bar No. 97725
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-353-7509 (v)
202-514-6866 (f)
emily.k.mcclure@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 1:24-cv-2798 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANTHONY J. MOFFETT and | ) |
| 3700 Massachusetts Avenue NW, #403 | ) |
| Washington, DC, 20016 | ) |
| | ) |
| and | ) |
| | ) |
| MYRA J. DELAPP, | ) |
| 3700 Massachusetts Avenue NW, #403 | ) |
| Washington, DC, 20016 | ) |
| | ) |
| Defendants. | ) |
| | ) |

**COMPLAINT FOR FEDERAL TAXES**

The United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of Treasury, and at the direction of the Attorney General of the United States, brings this action to collect the unpaid federal income taxes, including statutory additions, owed by Defendants Anthony J. Moffett and Myra J. Delapp.

**Jurisdiction and Venue**

1. The Plaintiff is the United States of America.

2. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1340, and 1345 and 26 U.S.C. § 7402.

3. Venue is proper in the District of Columbia pursuant to 28 U.S.C. §§ 1391 and 1396. Defendants Anthony J. Moffett and Myra J. Delapp reside in the District of Columbia, which is also where the tax liabilities at issue accrued.

4. The Taxpayer Defendants, Anthony J. Moffett and Myra J. Delapp, maintain an address at 3700 Massachusetts Avenue NW, Washington DC 20016.

**Count I: Collect Federal Income Tax Assessments against Defendants Anthony J. Moffeett and Myra J. Delapp**

5. A delegate of the Secretary of Treasury properly and timely made income tax assessments against Defendants Anthony J. Moffett and Myra J. Delapp as follows:

| Assessment Type | Tax Period Ending | Dates of Assessments | Amounts of Assessments | Outstanding Balance (as of Sept. 30, 2024) |
|---|---|---|---|---|
| Income Tax (Form 1040) | 12/31/2011 | 05/11/2015 | $62,839.49 | $5,096.29 |
| Income Tax (Form 1040) | 12/31/2012 | 12/09/2013 | $257,321.00 | $307,476.40 |
| Income Tax (Form 1040) | 12/31/2013 | 11/24/2014 | $227,955.00 | $361,377.03 |
| Income Tax (Form 1040) | 12/31/2015 | 06/06/2016 02/12/2018 | $177,060.00 $999.00 | $13,386.73 |
| Income Tax (Form 1040) | 12/31/2016 | 06/05/2017 04/15/2019 | $203,649.00 $10,008.00 | $57,681.12 |
| Income Tax (Form 1040) | 12/31/2018 | 06/03/2019 | $171,011.00 | $36,991.30 |
| Income Tax (Form 1040) | 12/31/2019 | 08/24/2020 | $150,240.00 | $23,110.83 |
| **Total Outstanding Balance (as of September 30, 2024)** | | | | **$805,119.70** |

6. Penalties and interest have accrued according to law on the unpaid balance of assessments set forth in Paragraph 5, and will continue to accrue until paid in full.

7. A delegate of the Secretary of the Treasury gave notice of the tax assessments set forth in Paragraph 5, to Defendants Anthony J. Moffett and Myra J. Delapp, and made demand for payment of those assessments.

8. Despite notice and demand for payment of the assessments set forth in Paragraph 5, Defendants Anthony J. Moffett and Myra J. Delapp have neglected or refused to make full payment of those assessments to the United States.

9. As of September 30, 2024, with respect to the assessments described in Paragraph 5, Defendants Anthony J. Moffett and Myra J. Delapp are indebted to the United States in the amount of **$805,119.70** for federal income taxes, penalties, and interest, plus statutory additions accruing after that date as provided by law.

## **Prayer for Relief**

WHEREFORE, the United States respectfully prays that this Court:

A. As to Count I, enter judgment in favor of the United States and against Defendants Anthony J. Moffett and Myra J. Delapp with respect to the unpaid federal income tax liabilities for tax years 2011, 2012, 2013, 2015, 2016, 2018, and 2019, described in Paragraph 5, above, in the amount of **$805,119.70** as of September 30, 2024, plus statutory interest and other additions to tax accruing thereafter according to law until paid in full;

B. Award the United States its costs incurred in prosecuting this action; and

C. Such other and further relief as the Court deems just and proper.

Dated: October 2, 2024

                                  DAVID A. HUBBERT
                                  Deputy Assistant Attorney General

                                  */s/ Emily K. McClure*
                                  EMILY K. MCCLURE
                                  KY Bar No. 97725
                                  Trial Attorney, Tax Division
                                  U.S. Department of Justice
                                  P.O. Box 227
                                  Washington, D.C. 20044
                                  202-353-7509 (v)
                                  202-514-6866 (f)
                                  emily.k.mcclure@usdoj.gov